IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LANDSTAR RANGER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:24-CV-00047 |
| ) | |
| AAGR FREIGHT ) | |
| FORWARDING, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR FINAL DEFAULT JUDGMENT

COMES NOW, Plaintiff Landstar Ranger, Inc. (hereinafter referred to as "Plaintiff" or "Landstar"), by and through the undersigned Counsel, and moves that Final Default Judgment be entered pursuant to Fed. R. Civ. P. 55(b) against Defendants AAGR Freight Forwarding, Inc. (hereinafter referred to as "AAGR") and Robert Gamil (hereinafter referred to as "Gamil") (collectively, the "Parties"). In support of this Motion, Plaintiff states as follows:

1. On September 11, 2024, Landstar Ranger, Inc. filed a Complaint against Defendants AAGR Freight Forwarding, Inc. and Robert Gamil for unpaid transportation charges. See Affidavit of John T. Husk attached hereto as Exhibit 1 ("Husk Aff."), ¶3.

2. On September 21, 2024, Defendant Gamil was served with Plaintiff's Complaint in this lawsuit via personal service. See *Id.*, ¶4.

3. Landstar filed a Return of Service with this Court. See *Id.*, ¶4.

4. Defendant Gamil was required to plead or otherwise defend the lawsuit on or before October 12, 2024.

5. On June 12, 2025, Plaintiff filed a Request for Entry of Default as to Defendant Gamil. See *Id.*, ¶9.

6. On June 12, 2025, the Deputy Clerk of this Court entered the Default as to Defendant Gamil under Rule 55(a). See *Id.*, ¶10.

7. On September 19, 2024, Landstar served Defendant AAGR Freight Forwarding, Inc.'s designated agent for service of process pursuant to 49 CFR 366 as evidenced by the Affidavit of Service filed with this Court. See *Id.*, ¶11.

8. A Return of Service was filed with this Court as to AAGR on September 24, 2024. See *Id.*, ¶12.

9. Defendant AAGR was required to plead or otherwise defend the lawsuit on or before October 10, 2024. See *Id.*, ¶12 and ¶24.

10. Plaintiff Landstar's claim against Defendants is for a sum certain in the amount of $389,826.15 including interest and costs and applying all credits to payments received. See Exhibit 2, Affidavit of Spryte Kimmey, ¶16.

11. Plaintiff Landstar has not received any communication from Defendant AAGR or anyone on its behalf since it was served with process in this action. See Exhibit 1, Husk Aff., ¶14.

12. Defendant AAGR is not a minor or in the military service as it is a corporation. See Id., ¶27.

13. Defendant AAGR is not an incompetent person as it is a corporation. See *Id.*, ¶28.

14. Plaintiff's Counsel was contacted by California Counsel representing Robert Gamil, however Counsel represents that Mr. Gamil cannot make payment.

15. Gamil's Counsel is not licensed in Virginia and has not asked for further time to enter an appearance or otherwise associate licensed Virginia Counsel.

16. Defendant Gamil is not a minor or in the military service. See *Id.*, ¶7.

17. Defendant Gamil is not an incompetent person. See *Id.*, ¶8.

WHEREFORE, Plaintiff Landstar Ranger, Inc. respectfully moves for Final Default Judgment against Defendants AAGR Freight Forwarding, Inc. and Robert Gamil, jointly and severally, in the amount of $389,826.15.

Respectfully submitted,

/s/ John T. Husk
John T. Husk, VSB #32801
Law Office of Seaton & Husk, LP
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700; Fax: 703-573-9786
johnhusk@transportationlaw.net

*Counsel for Landstar Ranger, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of June 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

AAGR FREIGHT FORWARDING, INC.
Serve: Robert B. Walker
708 Old Hunt Way
Herndon, VA 20170

ROBERT GAMIL
6452 Mary Ellen Ave.
Van Nuys, CA 91401

GEVORG REGANIAN
1160 Justin Ave., Apt. 5
Glendale, CA 91201

/s/ John T. Husk
John T. Husk, VSB #32801
Law Office of Seaton & Husk, LP
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax: 703-573-9786
johnhusk@transportationlaw.net

*Counsel for Landstar Ranger, Inc.*

4