CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/9/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LANDSTAR RANGER, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AAGR FREIGHT FORWARDING, INC. ET AL, <br><br> *Defendants.* | CASE NO. 6:24-cv-47 <br><br> DEFAULT JUDGMENT <br><br> JUDGE NORMAN K. MOON |

    Plaintiff Landstar Ranger, Inc. ("Landstar") filed a motion for default judgment against Defendants AAGR Freight Forwarding, Inc. ("AAGR") and Robert Gamil. Dkt. 1. On December 22, 2025, the Court found that the Defendants were in default and rendered judgment in favor of Landstar. Dkt. 14. However, because the damages requested in the complaint differed from those requested in the motion for default judgment, Landstar was required to verify by affidavit the actual amount owed before the Court ruled on damages. *Id.*

    Having received and reviewed Plaintiff's affidavit, and finding it reasonable in its accounting, the Court awards damages in favor of Landstar in the amount of $389,826.15. Judgment is entered against AAGR and Robert Gamil, jointly and severally, for the unpaid services rendered by Landstar.

    Plaintiff shall also be awarded costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

    It is so **ORDERED**.

    The Clerk of Court is directed to deliver this order to all counsel of record and strike this case from the Court's active docket.

    Entered this 9th day of January 2026.

1

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2